IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GST AUTOLEATHER, INC., et al.,[1] | ) | Case No. 17-12100 (LSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

<u>**AMENDED**[2] **NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 4, 2017, AT 2:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**[3]</u>

<u>**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**</u>

1. Voluntary Chapter 11 Petitions

    A. GST AutoLeather, Inc.

    B. GST AutoLeather HoldCo Corp.

    C. GST AutoLeather Cayman II Ltd.

    D. GST AutoLeather Cayman I Ltd.

    E. GST Innovations, LLC

    F. Strategic Financial LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GST AutoLeather, Inc. (5289); GST AutoLeather Cayman I Ltd. (n/a); GST AutoLeather Cayman II Ltd. (n/a); GST AutoLeather HoldCo Corp. (4266); GST Innovations, LLC (5563); and Strategic Financial LLC (n/a). The location of the Debtors' service address is: 20 Oak Hollow Drive, Suite 300, Southfield, Michigan 48033.

[2] **Amended items are in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

LEGAL:23839-8:49699314.1:

2. Declaration of Jonathan Hickman, Chief Restructuring Officer of GST AutoLeather, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 4, filed October 3, 2017].

    **Status**: The Hickman Declaration will be relied upon as evidentiary support for the first day matters listed below.

## First Day Matters

3. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3, filed October 3, 2017].

    **Status**: This matter is going forward.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [Docket No. 6, filed October 3, 2017].

    A. Declaration of Jason A. Cohen in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [Docket No. 6, Exhibit B].

    **B. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Fee Letters Related to the DIP Facility [Docket No. 36, filed October 3, 2017].**

        **i. Notice of Filing of Supplemental Exhibit to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 34, filed October 3, 2017].**

    **Status**: This matter is going forward with respect to an interim order **and an order to seal the supplemental exhibit**. The Cohen Declaration will be relied upon as evidentiary support for the motion.

5.  Debtors' Motion for Entry of an Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 5, filed October 3, 2017].

    **Status**:    This matter is going forward with respect to an interim order.

6.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 10, filed October 3, 2017].

    **Status**:    This matter is going forward with respect to an interim order.

7.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Foreign Vendors, Lien Claimants, and 503(B)(9) Claimants, and (II) Granting Related Relief [Docket No. 11, filed October 3, 2017].

    **Status**:    This matter is going forward with respect to an interim order.

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief [Docket No. 8, filed October 3, 2017].

    **Status**:    This matter is going forward with respect to an interim order.

9.  Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock, and (II) Granting Related Relief [Docket No. 16, filed October 3, 2017].

    **Status**:    This matter is going forward with respect to an interim order.

10. Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) (I) Approving the Retention and Appointment of Epiq Bankruptcy Solutions, LLC as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 9, filed October 3, 2017].

    **Status**:    This matter is going forward.

11. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to Modify Certain Personal Identification Information for Individual Creditors, (III) Limiting Notice Required Under Bankruptcy Rule 2002, and (IV) Granting Related Relief [Docket No. 7, filed October 3, 2017].

   **Status**: This matter is going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 14, filed October 3, 2017].

   **Status**: This matter is going forward with respect to an interim order.

13. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 13, filed October 3, 2017].

   **Status**: This matter is going forward with respect to an interim order.

14. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, and (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 12, filed October 3, 2017].

   **Status**: This matter is going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 4, 2017 | /s/ *Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                     tcairns@pszjlaw.com
                     jmulvihill@pszjlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett (*pro hac vice* admission pending)
Alexandra Schwarzman (*pro hac vice* admission pending)
Benjamin M. Rhode (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     ryan.bennett@kirkland.com
                     alexandra.schwarzman@kirkland.com
                     benjamin.rhode@kirkland.com

*Proposed Counsel to the Debtors*