IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GST AUTOLEATHER, INC., *et al.*,[1] | ) Case No. 17-12100 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 6 |

**CERTIFICATION OF COUNSEL SUBMITTING
REVISED INTERIM ORDER (I) AUTHORIZING THE
DEBTORS TO (A) OBTAIN POSTPETITION SECURED
FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY
CODE AND (B) UTILIZE CASH COLLATERAL; (II) GRANTING LIENS AND
SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (III) GRANTING
ADEQUATE PROTECTION; (IV) MODIFYING THE AUTOMATIC STAY;
(V) SCHEDULING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On October 3, 2017, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 6] (the "Motion").

2. On October 4, 2017, the Court held a hearing (the "Hearing") to consider the Motion. At the Hearing the Court made certain rulings regarding the Motion, which required the Debtors to revise the proposed order presented at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: GST AutoLeather, Inc. (5289); GST AutoLeather Cayman I Ltd. (n/a); GST AutoLeather Cayman II Ltd. (n/a); GST AutoLeather HoldCo Corp. (4266); GST Innovations, LLC (5563); and Strategic Financial LLC (n/a). The location of the Debtors' service address is: 20 Oak Hollow Drive, Suite 300, Southfield, Michigan 48033.

DOCS_DE:215604.1

3.      Attached hereto as **Exhibit A** is <u>revised</u> proposed *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* (the "<u>Proposed Interim Order</u>"), which reflects the modifications stated on the record at the Hearing.

4.      A blacklined copy of the Proposed Interim Order is attached hereto as **Exhibit B**, showing changes made from the proposed interim order filed with the Motion.

5.      The Proposed Interim Order has been reviewed by the DIP Agent and the United States Trustee, and neither party has objected to the entry of the Proposed Interim Order.

6.      Accordingly, the Debtors respectfully request entry of the Proposed Interim Order attached hereto as **Exhibit A** at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 5, 2017 | /s/ *Joseph M. Mulvihill*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>jmulvihill@pszjlaw.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ryan Blaine Bennett (Admitted *pro hac vice*)<br>Alexandra Schwarzman (Admitted *pro hac vice*)<br>Benjamin M. Rhode (Admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>ryan.bennett@kirkland.com<br>alexandra.schwarzman@kirkland.com<br>benjamin.rhode@kirkland.com<br><br>*Proposed Counsel to the Debtors* |

DOCS_DE:215604.1