# Exhibit B

## Summary of Total Fees and Hours by Attorneys and Paraprofessionals

KE 52984779

## **Attorneys**

| Attorney | Position and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Kathleen Allare | Associate | 2017 | Restructuring | $575.00 | 23.00 | $13,225.00 |
| Ryan B. Bennett | Partner | 2000 | Restructuring | $1,425.00 | 11.50 | $16,387.50 |
| Timothy Bow | Associate | 2013 | Restructuring | $875.00 | 5.40 | $4,725.00 |
| Thad Davis | Partner | 2005 | Taxation | $1,235.00 | 7.20 | $8,892.00 |
| Justin Han | Associate | 2016 | Corporate | $770.00 | 1.00 | $770.00 |
| Nathan Jimenez | Associate | 2016 | Corporate | $675.00 | 4.30 | $2,902.50 |
| Catherine Jun | Associate | 2014 | Restructuring | $875.00 | 30.90 | $27,037.50 |
| Andrew Kilpinen | Associate | 2016 | Restructuring | $575.00 | 18.80 | $10,810.00 |
| Glenn B. Laken, II | Associate | 2010 | Corporate | $995.00 | 2.10 | $2,089.50 |
| Bernd Meyer-Loewy | Partner | 2006 | Restructuring | $1,150.00 | 0.60 | $690.00 |
| Donna Peel | Of Counsel | 1992 | Litigation | $875.00 | 10.60 | $9,275.00 |
| Carl Pickerill | Partner | 2008 | Restructuring | $935.00 | 2.50 | $2,337.50 |
| Benjamin Rhode | Associate | 2012 | Restructuring | $995.00 | 92.60 | $92,137.00 |
| Mariska S. Richards | Associate | 2012 | Corporate | $995.00 | 17.20 | $17,114.00 |
| Michael Robert-Smith | Of Counsel | 2011 | Litigation | $1,130.00 | 1.50 | $1,695.00 |
| Luke C. Ruse | Partner | 2008 | Litigation | $1,075.00 | 17.90 | $19,242.50 |
| Tricia L. Schwallier | Associate | 2015 | Restructuring | $675.00 | 5.70 | $3,847.50 |
| Daniel Sito | Associate | 2015 | Taxation | $830.00 | 14.50 | $12,035.00 |
| Allyson Smith | Associate | 2017 | Restructuring | $675.00 | 15.90 | $10,732.50 |
| Michael Thorpe | Partner | 2009 | Litigation | $1,045.00 | 4.10 | $4,284.50 |
| Steven M. Toth | Partner | 2005 | Corporate | $1,180.00 | 12.00 | $14,160.00 |
| Tiana Zhang | Partner | 2008 | Litigation | $1,195.00 | 7.00 | $8,365.00 |
| **Totals for Attorneys** | | | | | **306.30** | **$282,754.50** |

## **Paraprofessional**

| Paraprofessional | Position and Number of Years in the Position | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony C. Abate | Paralegal | 2 Years | Restructuring | $310.00 | 1.40 | $434.00 |
| Ryan Besaw | Junior Paralegal | 2 Years | Restructuring | $250.00 | 1.90 | $475.00 |
| Julia Foster | Junior Paralegal | 4 Years | Restructuring | $250.00 | 0.70 | $175.00 |
| Emma M. Li | Foreign Legal Consultant | 4 Months | Litigation | $290.00 | 2.00 | $580.00 |
| Maureen McCarthy | Paralegal | 15 Years | Restructuring | $410.00 | 7.90 | $3,239.00 |
| Carrie Oppenheim | Paralegal | 8 Years | Restructuring | $410.00 | 1.40 | $574.00 |
| Courtney R. Reynolds | Paralegal | 5 Years | Administrative Services | $210.00 | 1.00 | $210.00 |
| Amanda Solis | Paralegal | 5 Years | Restructuring | $310.00 | 0.50 | $155.00 |
| Cecilia Tesdahl | Merger/ Acquisitions Clearance Coordinator | 2 Years | Litigation | $350.00 | 2.00 | $700.00 |
| Mollie Tuomisto | Merger/ Acquisitions Clearance Specialist | 5 Years | Litigation | $375.00 | 1.00 | $375.00 |
| Daniel J. Varn | Junior Paralegal | 2 Years | Restructuring | $250.00 | 1.50 | $375.00 |
| **Totals for Paraprofessionals** | | | | | **21.30** | **$7,292.00** |